## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Richard Kalman                          CHAPTER 13

                Debtor(s)

                                                                  BKY. NO. 22-10648 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                   Respectfully submitted,

                        /s/Rebecca Solarz

                        Rebecca Solarz
                        23 Mar 2022, 11:22:16, EDT

                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 627-1322