STATE OF NEW JERSEY
DEPARTMENT OF THE TREASURY - TRENTON, NEW JERSEY 08625-0221      REMITTANCE ADVICE

| ORGANIZATION NAME / PAYMENT FOR | CONTACT INFORMATION | DOCUMENT NUMBER / ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| WORKERS' COMP AWARDS & PYMTS 20-0002079 03/08/22-03/11/22 | 609-984-7517 | 0941003W944457 -W999-5610 | 540 00 |
| | | TOTAL | 540 00 |

CHECK NUMBER 0A0014267648    DATE 03/11/22    PAY RICHARD KALMAN
OMB021 (Rev. 12/2020)    DETACH BEFORE CASHING CHECK AND RETAIN AS EVIDENCE OF PAYMENT

---

STATE OF NEW JERSEY
DEPARTMENT OF THE TREASURY - TRENTON, NEW JERSEY 08625-0221      REMITTANCE ADVICE

| ORGANIZATION NAME / PAYMENT FOR | CONTACT INFORMATION | DOCUMENT NUMBER / ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| WORKERS' COMP AWARDS & PYMTS 20-0002079 02/26/22-03/07/22 | 609-984-7517 | 0941003W946000 -5610 | 1350 00 |
| | | TOTAL | 1350 00 |

CHECK NUMBER 0A0014268028    DATE 03/11/22    PAY RICHARD KALMAN
OMB021 (Rev. 12/2020)    DETACH BEFORE CASHING CHECK AND RETAIN AS EVIDENCE OF PAYMENT

**STATE OF NEW JERSEY**
DEPARTMENT OF THE TREASURY - TRENTON, NEW JERSEY 08625-0221

**REMITTANCE ADVICE**

| ORGANIZATION NAME / PAYMENT FOR | CONTACT INFORMATION | DOCUMENT NUMBER / ACCOUNT NUMBER | | AMOUNT |
|---|---|---|---|---|
| WORKERS' COMP AWARDS & PYMTS 20-0002079 01/29/22-02/11/22 | 609-984-7517 | 0941003W932298 | 5610 | 189000 |

QUESTIONS SHOULD BE DIRECTED TO APPROPRIATE STATE ORGANIZATION LISTED ABOVE.    TOTAL    189000

CHECK NUMBER 0A0014249847    DATE 02/11/22    PAY RICHARD KALMAN

DETACH BEFORE CASHING CHECK AND RETAIN AS EVIDENCE OF PAYMENT

OMB021 (Rev. 12/2020)

---

**STATE OF NEW JERSEY**
DEPARTMENT OF THE TREASURY - TRENTON, NEW JERSEY 08625-0221

**REMITTANCE ADVICE**

| ORGANIZATION NAME / PAYMENT FOR | CONTACT INFORMATION | DOCUMENT NUMBER / ACCOUNT NUMBER | | AMOUNT |
|---|---|---|---|---|
| WORKERS' COMP AWARDS & PYMTS 20-0002079 02/12/22-02/25/22 | 609-984-7517 | 0941003W938971 | 5610 | 189000 |

QUESTIONS SHOULD BE DIRECTED TO APPROPRIATE STATE ORGANIZATION LISTED ABOVE.    TOTAL    189000

CHECK NUMBER 0A0014259220    DATE 02/25/22    PAY RICHARD KALMAN

DETACH BEFORE CASHING CHECK AND RETAIN AS EVIDENCE OF PAYMENT

OMB021 (Rev. 12/2020)

**STATE OF NEW JERSEY**
DEPARTMENT OF THE TREASURY - TRENTON, NEW JERSEY 08625-0221

**REMITTANCE ADVICE**

| ORGANIZATION NAME / PAYMENT FOR | CONTACT INFORMATION | DOCUMENT NUMBER / ACCOUNT NUMBER | | AMOUNT |
|---|---|---|---|---|
| WORKERS' COMP AWARDS & PYMTS 20-0002079 12/18/21-12/31/21 | 609-984-7517 | 0941003W914288 | 5610 | 189000 |

QUESTIONS SHOULD BE DIRECTED TO APPROPRIATE STATE ORGANIZATION LISTED ABOVE.    **TOTAL  189000**

CHECK NUMBER **0A0014225072**    DATE **01/03/22**    PAY **RICHARD KALMAN**

DETACH BEFORE CASHING CHECK AND RETAIN AS EVIDENCE OF PAYMENT
OMB021 (Rev. 12/2020)

---

**STATE OF NEW JERSEY**
DEPARTMENT OF THE TREASURY - TRENTON, NEW JERSEY 08625-0221

**REMITTANCE ADVICE**

| ORGANIZATION NAME / PAYMENT FOR | CONTACT INFORMATION | DOCUMENT NUMBER / ACCOUNT NUMBER | | AMOUNT |
|---|---|---|---|---|
| WORKERS' COMP AWARDS & PYMTS 20-0002079 01/01/22-01/14/22 | 609-984-7517 | 0941003W920357 | 5610 | 189000 |

QUESTIONS SHOULD BE DIRECTED TO APPROPRIATE STATE ORGANIZATION LISTED ABOVE.    **TOTAL  189000**

CHECK NUMBER **0A0014232025**    DATE **01/14/22**    PAY **RICHARD KALMAN**

DETACH BEFORE CASHING CHECK AND RETAIN AS EVIDENCE OF PAYMENT
OMB021 (Rev. 12/2020)

---

**STATE OF NEW JERSEY**
DEPARTMENT OF THE TREASURY - TRENTON, NEW JERSEY 08625-0221

**REMITTANCE ADVICE**

| ORGANIZATION NAME / PAYMENT FOR | CONTACT INFORMATION | DOCUMENT NUMBER / ACCOUNT NUMBER | | AMOUNT |
|---|---|---|---|---|
| WORKERS' COMP AWARDS & PYMTS 20-0002079 01/15/22-01/24/22 | 609-984-7517 | 0941003W926790 | 5610 | 135000 |

QUESTIONS SHOULD BE DIRECTED TO APPROPRIATE STATE ORGANIZATION LISTED ABOVE.    **TOTAL  135000**

CHECK NUMBER **0A0014240776**    DATE **01/28/22**    PAY **RICHARD KALMAN**

DETACH BEFORE CASHING CHECK AND RETAIN AS EVIDENCE OF PAYMENT
OMB021 (Rev. 12/2020)