**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re: RICHARD KALMAN  
              Debtor

Case No. 22-10648 MDC  
Chapter 13  
HEARING: July 19, 2022

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE OF JULY 19, 2022 AT 10:30 AM**

    Credit Union of New Jersey has filed with the US Bankruptcy Court a Motion for Relief from Stay Regarding a 2015 GMC Sierra 1500 SLT Motor Vehicle.

    **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with an attorney.)

    1. If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then **on or before July 5, 2022,** you or your attorney must do BOTH of the following things:

    (a) **FILE AN ANSWER** explaining your position at:
Clerk, United States Bankruptcy Court
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Court Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above;

AND   (b) **MAIL A COPY** of the documents to the Movant's attorney:
William B. Callahan, Esquire
PO Box 247
Gilbertsville, PA 19525
Telephone No. 484.680.0552
e-mail: bill@billcallahanlaw.com

    2. If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3. A **HEARING ON THE MOTION** is scheduled to be held before the Hon. Magdeline D. Coleman on **July 19, 2022 AT 10:30 AM** in courtroom number 2, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107

    4. If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5. You may contact the Bankruptcy Court Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

DATE: June 14, 2022