STATE OF NEW JERSEY
DEPARTMENT OF THE TREASURY - TRENTON, NEW JERSEY 08625-0221
REMITTANCE ADVICE

| ORGANIZATION NAME / PAYMENT FOR | CONTACT INFORMATION | DOCUMENT NUMBER / ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| WORKERS' COMP AWARDS & PYMTS 20-0002079 03/12/22-03/25/22 | 609-984-7517 | W999-5610 | 189000 |

QUESTIONS SHOULD BE DIRECTED TO APPROPRIATE STATE ORGANIZATION LISTED ABOVE.    TOTAL    189000

CHECK NUMBER 0A0014276701    DATE 03/25/22    PAY RICHARD KALMAN

OMB021 (Rev. 12/2020)    DETACH BEFORE CASHING CHECK AND RETAIN AS EVIDENCE OF PAYMENT

---

STATE OF NEW JERSEY
DEPARTMENT OF THE TREASURY - TRENTON, NEW JERSEY 08625-0221
REMITTANCE ADVICE

| ORGANIZATION NAME / PAYMENT FOR | CONTACT INFORMATION | DOCUMENT NUMBER / ACCOUNT NUMBER | AMOUNT |
|---|---|---|---|
| WORKERS' COMP AWARDS & PYMTS 20-0002079 03/26/22-04/08/22 | 609-984-7517 | W999-5610 | 189000 |

QUESTIONS SHOULD BE DIRECTED TO APPROPRIATE STATE ORGANIZATION LISTED ABOVE.    TOTAL    189000

CHECK NUMBER 0A0014285656    DATE 04/08/22    PAY RICHARD KALMAN

OMB021 (Rev. 12/2020)    DETACH BEFORE CASHING CHECK AND RETAIN AS EVIDENCE OF PAYMENT