# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: RICHARD KALMAN             Case No. 22-10648 MDC
        Debtor                     Chapter 13

Upon consideration of the Motion for Stay Relief filed by Credit Union of New Jersey (Document No. 25), the Debtor's response to the Motion for Relief (Document No. 27), and the Stipulation filed by the Debtor and Credit Union of New Jersey (Document No. 31), and approved by the Chapter 13 Trustee,

IT IS HEREBY ORDERED that the Stipulation is APPROVED.

Date:

BY THE COURT

July 20, 2022

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge