# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 22-10648-MDC

RICHARD KALMAN

1904 FIRST STREET

LANGHORNE, PA 19047

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    RICHARD KALMAN

    1904 FIRST STREET

    LANGHORNE, PA 19047

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG, ESQ
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020-

                                           /S/ Kenneth E. West

Date: 8/9/2022                         _____

                                           Kenneth E. West, Esquire
                                           Chapter 13 Standing Trustee