**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | RICHARD KALMAN | : | CHAPTER 13 |
| | | : | |
| | Debtor(s) | : | BANKRUPTY NO. 22-10648 |

**CERTIFICATE OF SERVICE AND**
**CERTIFICATION OF NO RESPONSE**

    I, Paul H. Young, Esquire, hereby certify that I am the attorney for the Debtor in the above-captioned matter and that I have sent copies of the Motion to Approve Loan Modification, as well as a Notice of Motion, Response Deadline, and Hearing Date, via email, regular mail, and/or ECF notice, to the parties indicated below:

                                                /s/Paul H. Young
                                                PAUL H. YOUNG, ESQUIRE
                                                Attorney for Debtor

Dated: January 5, 2023

U.S. Trustee's Office

Chapter 13 Trustee

All Creditors on Matrix

Debtor