# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Richard Kalman<br>    Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC, its successors and/or assigns<br>    Movant<br>  vs.<br>Richard Kalman<br>    Debtor(s)<br><br>Kenneth E. West<br>    Trustee | CHAPTER 13<br><br>NO. 22-10648 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PENNYMAC LOAN SERVICES, LLC, which was filed with the Court on or about **December 19, 2022, docket number 56**.

    Respectfully submitted,


    /s/ Brian C. Nicholas, Esq.
    _____
    Brian C. Nicholas, Esquire
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA  19106
    Phone: (215)-627-1322

Dated: January 5, 2023