United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Richard Kalman  
    Debtor

Case No. 22-10648-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 12, 2023      Form ID: 155      Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Kalman, 1904 First Street, Langhorne, PA 19047-1738 |
| 14688340 | + | Bucks County Water and Sewer Authority, 1275 Almshouse Road, Warrington, PA 18976-1209 |
| 14678307 | + | PENNYMAC LOAN SERVICES, LLC, C/O Rebecca Solarz Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14689192 | + | PNC BANK, NATIONAL ASSOCIATION, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14706805 | + | Rushmore Loan Management Services LLC, c/o Lauren M. Moyer, Esq., 1325 Franklin Avenue, Suite 160, Garden City NY 11530-1631 |
| 14676557 | + | loanDepot, Attn: Bankruptcy, Po Box 250009, Plano, TX 75025-0009 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14677466 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 13 2023 00:36:51 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14679637 | | Email/PDF: bncnotices@becket-lee.com | Jan 13 2023 00:48:15 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14676549 | + | Email/PDF: bncnotices@becket-lee.com | Jan 13 2023 00:48:15 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14676550 | + | Email/PDF: bncnotices@becket-lee.com | Jan 13 2023 00:48:40 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14683710 | | Email/Text: bankruptcy@cunj.org | Jan 13 2023 00:35:00 | Credit Union of New Jersey, 1301 Parkway Avenue, Ewing, NJ 08626 |
| 14676553 | | Email/Text: bankruptcy@cunj.org | Jan 13 2023 00:35:00 | Credit Union of New Jersey, Attn: Bankruptcy, Po Box 7921, Ewing, NJ 08628 |
| 14676554 | | Email/Text: bankruptcy@cunj.org | Jan 13 2023 00:35:00 | Credit Union of New Jersey, 1035 Parkway Av, Trenton, NJ 08618 |
| 14676552 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2023 00:36:32 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14676551 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2023 00:36:32 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14676556 | + | Email/Text: mrdiscen@discover.com | Jan 13 2023 00:35:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 14676555 | + | Email/Text: mrdiscen@discover.com | Jan 13 2023 00:35:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14730396 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 13 2023 00:35:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14677413 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2023 00:36:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 22-10648-mdc  Doc 70  Filed 01/14/23  Entered 01/15/23 00:32:25  Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2023 | Form ID: 155 | Total Noticed: 45 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14676559 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 13 2023 00:35:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14676560 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 13 2023 00:35:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14688119 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 13 2023 00:35:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14684643 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 13 2023 00:35:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14681718 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 13 2023 00:35:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14681063 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 13 2023 00:35:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. BOX 94982, CLEVELAND, OH 44101 |
| 14676563 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 13 2023 00:35:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 14676564 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 13 2023 00:35:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14676566 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 13 2023 00:36:13 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 14676565 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 13 2023 00:36:31 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14687854 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 13 2023 00:36:13 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14677288 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2023 00:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14676561 | + | Email/PDF: ebnotices@pnmac.com | Jan 13 2023 00:36:54 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14676562 | + | Email/PDF: ebnotices@pnmac.com | Jan 13 2023 00:36:32 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14685023 | + | Email/PDF: ebnotices@pnmac.com | Jan 13 2023 00:36:13 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14683290 | | Email/Text: bnc-quantum@quantum3group.com | Jan 13 2023 00:35:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14679534 | | Email/Text: bnc-quantum@quantum3group.com | Jan 13 2023 00:35:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14676567 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2023 00:36:13 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14676568 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2023 00:36:13 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 14676782 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 00:36:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14676570 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 00:36:52 | Synchrony/PayPal Credit, Po Box 965005, Orlando, FL 32896-5005 |
| 14676569 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 00:36:12 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14676571 | ^ | MEBN | Jan 13 2023 00:25:01 | Velocity Investments, Llc, Attn: Bankruptcy, 1800 Route 34n, Suite 305, Wall, NJ 07719-9146 |
| 14676572 | ^ | MEBN | Jan 13 2023 00:25:00 | Velocity Investments, Llc, 1800 Route 34 N, Wall, NJ 07719-9168 |

Case 22-10648-mdc  Doc 70  Filed 01/14/23  Entered 01/15/23 00:32:25  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2023 | Form ID: 155 | Total Noticed: 45 |

| 14690457 | + Email/PDF: ebn_ais@aisinfo.com | Jan 13 2023 00:36:30 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
|---|---|---|---|
| 14676558 | + Email/Text: bknotification@loandepot.com | Jan 13 2023 00:35:00 | loanDepot, 26642 Towne Center Dr, Foothill Ranch, CA 92610-2808 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Debtor Richard Kalman support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM B. CALLAHAN | on behalf of Creditor Credit Union of New Jersey bill@billcallahanlaw.com |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Richard Kalman
    Debtor(s)

Chapter: 13

Bankruptcy No: 22−10648−mdc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this January 12, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Magdeline D. Coleman
    Chief Judge ,
    United States Bankruptcy Court

67
Form 155