**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                                           Chapter 13

                                           Bankruptcy No. 22-10648-MDC

RICHARD KALMAN

1904 FIRST STREET

LANGHORNE, PA 19047

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    RICHARD KALMAN

    1904 FIRST STREET

    LANGHORNE, PA 19047

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG, ESQ
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020-

                                                     /S/ Kenneth E. West

Date: 7/20/2023                                  _____

                                                     Kenneth E. West, Esquire
                                                     Chapter 13 Standing Trustee