United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 22-10648-mdc |
|---|---|
| Richard Kalman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Aug 17, 2023 | Form ID: pdf900 | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Kalman, 1904 First Street, Langhorne, PA 19047-1738 |
| 14688340 | + | Bucks County Water and Sewer Authority, 1275 Almshouse Road, Warrington, PA 18976-1209 |
| 14678307 | + | PENNYMAC LOAN SERVICES, LLC, C/O Rebecca Solarz Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14689192 | + | PNC BANK, NATIONAL ASSOCIATION, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14676557 | + | loanDepot, Attn: Bankruptcy, Po Box 250009, Plano, TX 75025-0009 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 17 2023 23:37:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 17 2023 23:42:14 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14677466 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 17 2023 23:42:30 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14679637 | | Email/PDF: bncnotices@becket-lee.com | Aug 17 2023 23:42:36 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14676549 | + | Email/PDF: bncnotices@becket-lee.com | Aug 17 2023 23:42:06 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14676550 | + | Email/PDF: bncnotices@becket-lee.com | Aug 17 2023 23:42:03 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14676554 | | Email/Text: bankruptcy@cunj.org | Aug 17 2023 23:37:00 | Credit Union of New Jersey, 1035 Parkway Av, Trenton, NJ 08618 |
| 14683710 | | Email/Text: bankruptcy@cunj.org | Aug 17 2023 23:37:00 | Credit Union of New Jersey, 1301 Parkway Avenue, Ewing, NJ 08626 |
| 14676553 | | Email/Text: bankruptcy@cunj.org | Aug 17 2023 23:37:00 | Credit Union of New Jersey, Attn: Bankruptcy, Po Box 7921, Ewing, NJ 08628 |
| 14676552 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 17 2023 23:42:36 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14676551 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 17 2023 23:42:15 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14676556 | + | Email/Text: mrdiscen@discover.com | Aug 17 2023 23:37:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 14676555 | + | Email/Text: mrdiscen@discover.com | | |

Case 22-10648-mdc   Doc 84   Filed 08/19/23   Entered 08/20/23 00:26:49   Desc Imaged
                    Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 17, 2023 | Form ID: pdf900 | Total Noticed: 47 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 17 2023 23:37:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14730396 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 17 2023 23:37:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14677413 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 17 2023 23:42:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14676559 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 17 2023 23:37:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14676560 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 17 2023 23:37:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14688119 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 17 2023 23:37:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14684643 | + | Email/Text: bankruptcygroup@peco-energy.com | Aug 17 2023 23:37:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14681718 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 17 2023 23:37:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14681063 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 17 2023 23:37:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. BOX 94982, CLEVELAND, OH 44101 |
| 14676563 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 17 2023 23:37:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 14676564 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 17 2023 23:37:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14676566 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 17 2023 23:42:12 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 14676565 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 17 2023 23:42:03 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14687854 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 17 2023 23:42:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14677288 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 17 2023 23:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14676561 | + | Email/PDF: ebnotices@pnmac.com | Aug 17 2023 23:42:04 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14676562 | + | Email/PDF: ebnotices@pnmac.com | Aug 17 2023 23:42:18 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14685023 | + | Email/PDF: ebnotices@pnmac.com | Aug 17 2023 23:42:04 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14683290 | | Email/Text: bnc-quantum@quantum3group.com | Aug 17 2023 23:37:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14679534 | | Email/Text: bnc-quantum@quantum3group.com | Aug 17 2023 23:37:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14676567 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 17 2023 23:42:00 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14676568 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 17 2023 23:42:13 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 14706805 | ^ | MEBN | Aug 17 2023 23:28:29 | Rushmore Loan Management Services LLC, c/o Lauren M. Moyer, Esq., 1325 Franklin Avenue, Suite 160, Garden City NY 11530-1631 |
| 14676782 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 17 2023 23:42:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| 14676570 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 17 2023 23:42:31 | Synchrony/PayPal Credit, Po Box 965005, Orlando, FL 32896-5005 |
| 14676569 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 17 2023 23:42:13 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14676571 | ^ | MEBN | Aug 17 2023 23:28:23 | Velocity Investments, Llc, Attn: Bankruptcy, 1800 Route 34n, Suite 305, Wall, NJ 07719-9146 |
| 14676572 | ^ | MEBN | Aug 17 2023 23:28:24 | Velocity Investments, Llc, 1800 Route 34 N, Wall, NJ 07719-9168 |
| 14690457 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 17 2023 23:42:03 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14676558 | + | Email/Text: bknotification@loandepot.com | Aug 17 2023 23:37:00 | loanDepot, 26642 Towne Center Dr, Foothill Ranch, CA 92610-2808 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *P++ | CREDIT UNION OF NEW JERSEY, 1301 PARKWAY AVE, EWING NJ 08628-3010, address filed with court:, Credit Union of New Jersey, 1301 Parkway Avenue, Ewing, NJ 08628 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 17, 2023 | Form ID: pdf900 | Total Noticed: 47 |

MICHAEL PATRICK FARRINGTON
   on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com

PAUL H. YOUNG
   on behalf of Debtor Richard Kalman support@ymalaw.com
   ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

WILLIAM B. CALLAHAN
   on behalf of Creditor Credit Union of New Jersey bill@billcallahanlaw.com

TOTAL: 10

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>RICHARD KALMAN | **Chapter 13** |
| Debtor | Bankruptcy No. 22-10648-MDC |

## O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date 08/17/2023

_____
Chief Judge Honorable Magdeline D. Coleman